IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN STOKES, on behalf of herself and all
others similarly situated,

                              Plaintiffs,

        v.                                              Civ. A. No. 15-1520

REALPAGE, INC.,

                              Defendant.

JAMES JENKINS, individually and on behalf
of all others similarly situated,

                              Plaintiffs,

        v.                                              Civ. A. No. 15-3894

REALPAGE, INC.,

                              Defendant.

## ORDER

        **AND NOW**, this 18th day of October, 2016, upon consideration of Defendant RealPage,

Inc.'s Motion to Dismiss Claim II of the Complaint filed in Civ. A. No. 15-1520 (Docket Entry

35), RealPage, Inc.'s Motion to Dismiss Claims I and II of the Complaint filed in Civ. A. No. 15-

3894 (Docket Entry 25), and all documents filed in connection therewith, **IT IS HEREBY**

**ORDERED** as follows:

1.      Defendant RealPage, Inc.'s Motion to Dismiss Claim II of Complaint (Civ. A. No. 15-

        1520, Docket Entry 35) is **DENIED**.

2.     Defendant RealPage, Inc.'s Motion to Dismiss Claims I and II of Complaint (Civ. A. No.

15-3894, Docket Entry 25) is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.